Chief U.S. District Court Judge Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL LYNN NAPIER,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 3:18-cv-05959-RSM

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406 (b)

THIS MATTER having come on regularly before the undersigned judge upon Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406 (b), the Court having considered the pleadings and good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Christopher Troy Lyons is awarded attorney's feeS of $11,239 pursuant to 42 U.S.C. § 406 (b). Social Security is directed to send Plaintiff's attorney a check in the amount of $11,239 or otherwise pay Plaintiff's attorney electronically. If

ORDER – PAGE 1

3:18-cv-05959-RSM

Truitt & Lyons
Attorneys at Law
P.O. Box 1645
Coupeville, WA 98239
(360) 675-9310

paid by check, plaintiff's attorney's address is Christopher Lyons, PO Box 1645, Coupeville, WA 98239.

DATED this 29th day of July, 2021.

                                                         RICARDO S. MARTINEZ
                                                         CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Christopher T. Lyons
CHRISTOPHER T. LYONS
Attorney for Plaintiff
WSBA # 26350
P.O. Box 1645
Coupeville, WA 98239
Phone: 360-675-9310

ORDER – PAGE 2

3:18-cv-05959-RSM

Truitt & Lyons
Attorneys at Law
P.O. Box 1645
Coupeville, WA 98239
(360) 675-9310